**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pacific Development Capital Incorporated, | No. CV-25-01222-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| James Keefer, | |
| Defendant. | |

Plaintiff moves to remand this action to the Arizona Justice Court, University Lakes Precinct. (Doc. 12) The deadline to file a responsive brief has passed without Defendant responding. The Motion will be granted.

Federal courts are courts of limited jurisdiction. A case originally filed in state court may be removed to a federal court only if the federal court would have had original jurisdiction over the action. 28 U.S.C. § 1441(a). The removing party, here, Defendant James Keefer, bears the burden of establishing that removal is proper. *Emrich v. Touche Ross & Co.*, 846 F.2d 1190, 1195 (9th Cir. 1990). The removal statutes are strictly construed such that any doubts are resolved in favor of remand. *Id.*; *see also Gaus v. Miles, Inc.*, 980 F.2d 564, 566 (9th Cir. 1992). Whenever a federal court determines that it lacks subject matter jurisdiction in a removed case, it must remand the matter to state court. 28 U.S.C. § 1447.

Plaintiff initiated this special detainer action for unpaid rent under Arizona law in the Arizona Justice Court. *See* A.R.S. §§ 33-1368, 33-1377. The complaint asserts no other

claims. Thus, federal question jurisdiction does not exist. *See* 28 U.S.C. § 1331. The parties are not diverse under federal court diversity jurisdiction. *See id.* § 1332. This is confirmed by Defendant in the Notice of Removal, which states that both parties are Arizona residents. (Doc. 1)

The only basis for removal provided by Defendant is that "[t]here is a federal appeal pending and the federal court has jurisdiction over this matter §§ 11 US Code 362." (*Id.*) That statute provides for an automatic stay of proceedings when a debtor files for bankruptcy protection. It does not confer federal court jurisdiction in an unrelated state court case.

For these reasons, and the reasons set forth in the Motion to Remand,

**IT IS ORDERED** that the Motion to Remand (Doc. 12) is **GRANTED**. The Clerk of Court is instructed to remand this matter to the Arizona Justice Court, University Lakes Precinct, and close this case.

**IT IS FURTHER ORDERED** that the Application for Leave to Procced In Forma Pauperis (Doc. 3) is **DENIED** as moot.

Dated this 30th day of May, 2025.

Michael T. Liburdi
United States District Judge

- 2 -